WR-55,161-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/1/2015 11:06:15 AM
Accepted 4/1/2015 11:36:01 AM
ABEL ACOSTA
CLERK

No. 55,161-02

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AT AUSTIN

EX PARTE
ERIC DEWAYNE CATHEY,
Applicant.

*granted*
*David C. Newell*
*4/2/15*

## ON APPLICATION FOR WRIT OF HABEAS CORPUS, IN CAUSE NO. 713189-B FROM THE 176TH DISTRICT COURT OF HARRIS COUNTY

## UNOPPOSED MOTION TO GRANT ACCESS TO RECORDS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

The Attorney General of Texas, by and through his attorney of record, Assistant Attorney General Jay Clendenin, requests that the Court grant the Attorney General's representative access to the records in this matter, including any sealed documents. The undersigned has been informed that this Court has deemed these records confidential due to the presence of sealed documents within the records. These records were previously transmitted to the Court for its consideration in relation to Cathey's Texas

Code of Criminal Procedure 11.071 application for a state writ of habeas corpus. *See Ex parte Cathey*, No. 55,161-02 (Tex. Crim. App. 2014).

Cathey has appealed this Court's order denying relief to the Supreme Court for the United States. *Eric Dewayne Cathey v. State of Texas*, No. 14-8305. As is frequently the case, the county representing the State of Texas in this Court has requested that the Attorney General handle the matter in the Supreme Court. However, in order to adequately respond to Cathey's petition for a writ of certiorari, the undersigned requires access to the records. The Attorney General respectfully requests the records be released to the Attorney General's representative, copy clerk Emily Kaiser, for reproduction as soon as practicable so that the undersigned can meet his May 8, 2015 deadline in the Supreme Court. The Attorney General will maintain confidentiality of the records and does not request that the seal be lifted for the general public. Defense counsel, Layne E. Kruse, Esq., was contacted on March 31, 2015, and indicated that he was not opposed to the release of these records to the Attorney General's Office.

## CONCLUSION

The Attorney General respectfully requests that the Court order the Clerk of the Court to allow the Attorney General's representative access to

the records in cause number 55,161-02 so that they may be reproduced and copied for use in the Supreme Court appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE MCFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

\* Attorney-in-charge

s/ Jay Clendenin
\*JAY CLENDENIN
Assistant Attorney General
Texas Bar No. 24059589
P. O. Box 12548, Capitol Station
Austin, Texas  78711
Tel:  (512) 936-1400
Fax:  (512) 320-8132
Email: *jay.clendenin@
texasattorneygeneral.gov*

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that, if the email address for counsel of record for applicant is on file with the electronic filing manager, then a true and correct copy of the foregoing pleading was served electronically through the electronic filing manager. In the event that counsel's email address was not on file at the time this motion was filed, I do hereby certify that on this the 1st day of April, 2015, a true and correct copy of the foregoing pleading was served on counsel, via electronic mail to:

Layne E. Kruse, Esq.
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Email: layne.kruse@nortonrosefulbright.com
Counsel for Eric Dewayne Cathey

s/ Jay Clendenin
JAY CLENDENIN
Assistant Attorney General